

**Heather New**
Assistant Vice President – Senior Legal Counsel

AT&T Services, Inc.
One AT&T Plaza
208 S. Akard Street
Room 3151
Dallas, Texas 75202
**T** 214.757.3484
**F** 214.746.6449

FILED
17-0816
12/19/2017 9:59 AM
tex-21370404
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

December 19, 2017

Mr. Blake Hawthorne
Clerk, Supreme Court of Texas
P.O. Box 12248
Austin, Texas 78711

      RE:    Cause No. 17-0816 – *RayMax Management, L.P., v. SBC Tower Holdings, LLC*

Dear Mr. Hawthorne:

By this waiver letter, Respondent SBC Tower Holdings, LLC respectfully waives the filing of a response to the petition for review. It is Respondent's understanding that the Court will not grant the petition without first requesting a response.

Sincerely,

*/s/ Heather B. New*

Heather B. New
State Bar No. 24007642
AT&T SERVICES, INC.
One AT&T Plaza
208 S. Akard Street, Room 3151
Dallas, Texas 75202

### CERTIFICATE OF SERVICE

I certify that, on December 19, 2017, I served a copy of this waiver on the following:

| | |
|---|---|
| Scott P. Stolley | Perry J. Cockerell |
| STOLLEY LAW, P.C. | ADKERSON, HAUDER & BEZNEY, P.C. |
| 4810 Purdue Avenue | 1700 Pacific Avenue, Suite 4450 |
| Dallas, Texas 75209 | Dallas, Texas 75201 |
| *Via Email:* scott@appellatehub.com | *Via Email:* pcockerell@ahblaw.net |

*/s/ Heather B. New*

Heather B. New